New York, New Haven & Hartford Railroad Company, appellee, v.
W. P. Cooney and T. S. Korshak, trading as Cooney & Korshak, appellants.   Gen. No. 33,850.

Opinion filed May 14, 1930.   Rehearing denied June 2, 1930.

O'Connell, McGlinn & O'Gallagher, for appellants; Leo N. McGlinn and Kieran P. O'Gallagher, of counsel.   Hay & Brown, for appellee; Meyer Morton and Elmer M. Leesman, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Eva Fitch Dunne, appellee, v. Cora M. Ives, appellant.   Gen. No. 33,871.

Opinion filed May 14, 1930.

Follansbee, Shorey & Schupp, for appellant; Robert W. Schupp and Loren P. Oakes, of counsel.   Jonas O. Hoover, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Edward J. Hunt, appellee, v. Monika Bell, appellant.   Gen. No. 33,881.

Opinion filed May 14, 1930.

Cattell & Waldron, for appellant.   No appearance for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Cruver Manufacturing Company, Inc., appellee, v. I. Goldberg Electric Company, appellant.   Gen. No. 33,887.

Opinion filed May 14, 1930.

Epstein & Arvey, for appellant; Louis M. Mantynband and Norman Asher, of counsel.   Marcus L. Silver, for appellee; Philip R. Toomin, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.